UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT: WESTERN DISTRICT OF NEW YORK

---

MISTY FREEMAN,

                Plaintiff,

Index No. 1: 17-CV-00683

-vs-

**STIPULATION AND ORDER**

CITY OF JAMESTOWN POLICE OFFICER ELLIS,
CITY OF JAMESTOWN POLICE SGT. BENDER,
CITY OF JAMESTOWN POLICE LT. JACKSON and
CITY OF JAMESTOWN POLICE OFC. JOHN DOE(S)

                Defendants.

---

IT IS HEREBY STIPULATED AND AGREED between the attorneys for the undersigned, that:

1. The pending motion to compel and the accompanying motion for sanctions, Docket No. 15, filed by Plaintiff, will be withdrawn with prejudice.

2. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Defendants give consent to the Plaintiff to amend her complaint.

3. To the extent service of process is required, the filing of such complaint on the ECF (electronic filing system), will constitute sufficient service.

Dated: Buffalo, New York

October 24, 2018

MATTHEW ALBERT, ESQ.
*Attorney for Plaintiff*
Office and P.O. Address
388 Evans St. First Floor
Williamsville, NY 14221
(716) 445-4119

MARILYN FIORE-LEHMAN
*Attorney for Defendants*
Corporation Counsel
City of Jamestown
200 East Third Street
Jamestown, NY 14701
(716) 483-7540